1    Gordon M. Park, # 072190          (SPACE BELOW FOR FILING STAMP ONLY)
      Paul J. Whitfield, # 241651
2    McCormick, Barstow, Sheppard,
      Wayte & Carruth LLP
3    P.O. Box 28912
      5 River Park Place East
4    Fresno, CA  93720-1501
      Telephone:    (559) 433-1300
5    Facsimile:    (559) 433-2300

6    Attorneys for Plaintiff
      OREGON MUTUAL INSURANCE COMPANY,
7    an Oregon corporation

8    Paul D. Loreto, # 86363
      The Loreto Law Firm
9    7402 Coho Drive #108
      Huntington Beach, California 92649
10   Telephone:    (714) 596-4428
      Facsimile:    (714) 369-8846

11

12   Attorneys for Defendant
      NATIONAL GENERAL INSURANCE
      COMPANY

13

14                   UNITED STATES DISTRICT COURT

15                EASTERN DISTRICT OF CALIFORNIA

16

17   OREGON MUTUAL INSURANCE       Case No.  1:09-cv-00452-AWI-SMS
      COMPANY, an Oregon corporation,
18                             **STIPULATION AND ORDER FOR**
              Plaintiff,          **EXTENSION OF TIME FOR ANSWERING**
19                             **COMPLAINT AND CONTINUATION OF**
           v.                    **SCHEDULING CONFERENCE**
20
      NATIONAL GENERAL INSURANCE
21   COMPANY, a Missouri corporation,      Judge:       Honorable Sandra M. Snyder

22               Defendant.

23

24         Plaintiff, OREGON MUTUAL INSURANCE COMPANY ("OREGON MUTUAL"), by

25   and through its attorneys of record, McCormick, Barstow, Sheppard, Wayte & Carruth LLP, by

26   Gordon M. Park  and Paul J. Whitfield and Defendant, NATIONAL GENERAL INSURANCE

27   COMPANY ("NATIONAL GENERAL"), by and through its attorneys of record, The Loreto

28   Law Firm, by Paul D. Loreto, (collectively "the Parties") do hereby stipulate and agree to the

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA  93720-1501

STIPULATION AND ORDER 1:09-CV-00452-AWI-SMS

PDF created with pdfFactory trial version www.pdffactory.com

1  following:

2        Whereas the Parties have agreed to file motions for summary judgment based upon

3  stipulated facts;

4        Whereas those stipulated facts are currently under discussion by the Parties;

5        Whereas it is the Parties' intent that the case be resolved through summary judgment and

6  that trial is unlikely,

7        Whereas the following dates are currently in place:

8              Dispositive Motion Cut-Off: January 11, 2010;

9              Non-Dispositive Motion Cut-Off: February 10, 2010;

10              Pre-Trial Conference: January 29, 2010;

11              Trial: March 9, 2010;

12        The Parties agree to the following:

13      1.     That the following cut-off and hearing dates be continued as follows:

14          a.     Dispositive Motion Cut-Off: February 8, 2010

15          b.     Pre-Trial Conference: April 2, 2010

16          c.     Trial: May 11, 2010

17  Or to the nearest dates thereafter as may be available on the Court's calendar.

18      2.     Good cause exists for the above continuances, as the parties have agreed to resolve

19  the case through summary judgment based upon a stipulated set of facts.  This brief continuance

20  will allow the parties to finalize the facts to be relied upon and complete drafting of the motions

21  for summary judgment that will more than likely resolve the case.

22

23

24

25

26

27

28

McCormick, Barstow, Sheppard, Wayte & Carruth LLP
5 River Park Place East
Fresno, CA. 93720-1501

2

STIPULATION AND ORDER 1:09-CV-00452-AWI-SMS

PDF created with pdfFactory trial version www.pdffactory.com

1    Dated: January 6, 2010                     McCORMICK, BARSTOW, SHEPPARD,
                                                     WAYTE & CARRUTH LLP
2

3
                                            By:_____/s/ Paul J. Whitfield_____
4                                                      Gordon M. Park
                                                       Paul J. Whitfield
5                                                   Attorneys for Plaintiff
                                                 OREGON MUTUAL INSURANCE
6                                              COMPANY, an Oregon corporation

7    Dated: January 6, 2010                        THE LORETO LAW FIRM

8

9                                           By:_____/s/ Paul D. Loreto_____
                                                       Paul D. Loreto
10                                                 Attorneys for Defendant
                                                NATIONAL GENERAL INSURANCE
11                                                       COMPANY

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA. 93720-1501

3

STIPULATION AND ORDER 1:09-CV-00452-AWI-SMS

PDF created with pdfFactory trial version www.pdffactory.com

## ORDER

IT IS HEREBY ORDERED, based on the foregoing Stipulation, that the

1) Dispositive Motion Cut-Off date is continued from January 11, 2010 to February 8, 2010;

2) the Pre-Trial Conference is continued from January 29, 2010 to April 2, 2010 at 8:30 a.m. before Judge Ishii;

3) and the Bench Trial is continued from March 9, 2010 to May 11, 2010 at 8:30 a.m. before Judge Ishii in Courtroom #2.

**IT IS SO ORDERED.**

Dated:   __January 6, 2010__                     __/s/ Sandra M. Snyder__
                                    **UNITED STATES MAGISTRATE JUDGE**

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA. 93720-1501

4

STIPULATION AND ORDER 1:09-CV-00452-AWI-SMS

PDF created with pdfFactory trial version www.pdffactory.com