IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OREGON MUTUAL INSURANCE COMPANY, an Oregon corporation,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>NATIONAL GENERAL INSURANCE COMPANY, a Missouri corporation,<br><br>　　　　　　Defendant. | 1:09-CV-452  AWI SMS<br><br>ORDER VACATING HEARING ON CROSS MOTIONS FOR SUMMARY JUDGMENT |

　　　Currently pending before the Court are cross-motions for summary judgment. Hearing on the motions is scheduled for March 8, 2010. Pursuant to Local Rule 230(c), the Court has reviewed the moving papers and has determined that the matters are suitable for decision without oral argument. Local Rule 230.

　　　Therefore, IT IS HEREBY ORDERED that the previously set hearing date of March 8, 2010, is VACATED, and the parties shall not appear at that time. As of March 8, 2010, the Court will take the matters under submission and will thereafter issue its decision.

IT IS SO ORDERED.

**Dated:　March 3, 2010**　　　　　　　　　　　/s/ Anthony W. Ishii
　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE