# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OREGON MUTUAL INSURANCE COMPANY, an Oregon corporation,<br><br>    Plaintiff,<br>  v.<br><br>NATIONAL GENERAL INSURANCE COMPANY, a Missouri corporation,<br><br>    Defendant. | 1:09-CV-452 AWI SMS<br><br>ORDER RESETTING PRE-TRIAL CONFERENCE DATE |

Currently pending before the Court are cross-motions for summary judgment regarding the interpretation of two insuring agreements. A bench trial is set in this case for May 11, 2010. The pre-trial conference is set for April 2, 2010. However, the Court finds it necessary to move the pre-trial conference date.

Therefore, IT IS HEREBY ORDERED that the previously set pre-trial conference date of April 2, 2010, is VACATED, and the pre-trial conference is instead RESET to April 9, 2010, at 10:00 a.m.

IT IS SO ORDERED.

**Dated:**   **March 25, 2010**            /s/ Anthony W. Ishii
                                                     CHIEF UNITED STATES DISTRICT JUDGE